# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136290

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL D. MIER,
      Plaintiff-Appellant,

v

CLARENCE W. ZIMMERMAN,
PAULINE F. ZIMMERMAN,
PEGGY J. MIER, JEFFREY F. ORR, and
PAIGE P. MIER,
      Defendants-Appellees.

SC: 136290
COA: 273312
Ogema CC: 05-655531-CH

_____/

On order of the Court, the application for leave to appeal the March 13, 2008 judgment the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

Clerk

p0616